IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| FRED J. VESSELL )<br>on behalf of himself and all others )<br>similarly situated, )<br> )<br> ) Civil Action File No.:<br>Plaintiffs, ) 4:17-cv-00179-CDL<br> )<br>v. )<br> )<br>MEDICAL TRANSPORTERS OF )<br>GEORGIA, INC., MEDICAL )<br>TRANSPORT OF ALABAMA, LLC )<br>and JANICE WARHURST )<br> )<br>Defendants. ) | |

## **ORDER**

This matter is before the Court on the parties' Joint Motion for Approval of Settlement of Plaintiff's Claims Under the Fair Labor Standards Act.

The Court reviewed the Settlement Agreement to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the parties' agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement and Release for all parties are a fair, reasonable, and adequate resolution of this action; and (2) the Settlement Agreement and Release was reached between Plaintiff and Defendants in an adversarial context where both parties had legal representation.

Upon consideration of the Consent Motion Seeking Court Approval of Settlement and Dismissal with Prejudice, the Court **ORDERS** that the payment of the settlement amount shall be made as provided in the Settlement Agreement and Release. The parties have agreed that they will be responsible for their own attorney's fees and costs arising from or in any way related to the matters that are the subject of the Settlement Agreement except as set forth in the Settlement Agreement.

Accordingly, the Court **GRANTS** the parties' Joint Motion for Approval of Settlement of Plaintiff's Claims Under the Fair Labor Standards Act, **APPROVES** the parties' Settlement Agreement, and hereby **DISMISSES** all claims in the above-styled action **WITH PREJUDICE.**

IT IS SO ORDERED this 30th day of October, 2017.

                                                  s/ Clay D. Land
                                                  CLAY D. LAND
                                                  Chief United States District Judge
                                                  Middle District of Georgia