IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| FRED J. VESSELL, on behalf of himself and all others similarly situated, | * |
| | * |
| Plaintiffs, | Case No.  4-17-cv-179 (CDL) |
| v. | * |
| MEDICAL TRANSPORTERS OF GEORGIA, INC., MEDICAL TRANSPORT OF ALABAMA, LLC, and JANICE WAYHURST, | * |
| | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated October 30, 2017, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 30th day of October, 2017.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk